Maria E. Quiroga
Nevada State Attorney ID #13939
Quiroga Law Office, PLLC
7935 W Sahara Ave
Suite #103
Las Vegas, NV 89117
Tel: (702) 972-8348
Maria@QuirogaLawOffice.com

*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| **ANGELA MARIA GRANDA OROZCO et al.,** )<br>)<br>) | **CIVIL ACTION NO. 2:26-cv-00714-CDS-MDC** |
| **Plaintiffs,** )<br>) | |
| **v.** )<br>) | **MOTION TO CORRECT NATURE OF SUIT CLASSIFICATION** |
| **CLYDE A. MOORE et al.,** )<br>) | |
| **Defendants.** )<br>) | |

Plaintiff Angela Maria Granda Orozco and H.V.G., by and through undersigned counsel, respectfully move this Court for an Order amending the Nature of the Suit Classification to correct a clerical error reflected on the docket. In support thereof, Plaintiff states as follows:

1.      On March 11, 2026, at the time of creating the case in this Court's CM/ECF system, Plaintiff's counsel filed this action as 465 Other immigration actions; this case type was also reflected on the JS-44 Civil Cover Sheet, and in the caption of the Complaint, the action was identified as Complaint for Declaratory and Injunctive Relief and for Writ of Mandamus.

2.      On March 12, 2026, when this case was assigned to Judge Cristina D. Silva and Magistrate Judge Maximiliano D. Couvillier III, the Nature of Suit code was marked as 463 Habeas Corpus Immigration, rather than 465 Other Immigration Actions, as reflected at the time of filing. As a result, the Court's docket currently reflects the action as "Cause: 8:1105(a) Aliens: Habeas Corpus to Release INS Det."

3.      This request merely seeks to conform the docket to the correct Nature of Suit classification for this action. Defendants will not be prejudiced by this request, as appearance has not been entered and an answer has not been filed

For the foregoing reasons, Plaintiff respectfully requests that this Court enter an Order amending the Nature of the Suit to reflect the correct Nature of Suit classification as 465 Other Immigration Actions, Complaint for Declaratory and Injunctive Relief and for Writ of Mandamus.

Dated: May 7, 2026,                            Respectfully submitted,

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 6-10-26

By: /s/ Maria E. Quiroga
Maria E. Quiroga
Nevada State Attorney ID #13939
Quiroga Law Office, PLLC
7935 W Sahara Ave
Suite #103
Las Vegas, NV 89117
Tel: (702) 972-8348
Maria@QuirogaLawOffice.com

*Attorney for Plaintiffs*

**CERTIFICATE OF COMPLIANCE**

The undersigned, counsel of record for Plaintiffs, certifies that this motion contains 254 words, which complies with the word limit of D. Nev. LR 7-3.

By: /s/ Maria E. Quiroga
Maria E. Quiroga
Nevada State Attorney ID #13939
Quiroga Law Office, PLLC
7935 W Sahara Ave
Suite #103
Las Vegas, NV 89117
Tel: (702) 972-8348
Maria@QuirogaLawOffice.com

# CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Because counsel for defendants have not yet entered an appearance, counsel will send notification via certified U.S. mail to the following addresses:

| NAME & ADDRESS | Method of Delivery |
|---|---|
| *Clyde A. Moore*<br>*Field Office Director, USCIS Las Vegas Field Office - c/o Office of the Chief Counsel, USCIS*<br>*5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs MD 20588-0009*<br><br>*Rose Kendrick*<br>*Acting Director, National Benefits Center, USCIS - c/o Office of the Chief Counsel, USCIS*<br>*5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs MD 20588-0009*<br><br>*Joseph B. Edlow*<br>*Director, USCIS - c/o Office of the Chief Counsel, USCIS*<br>*5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs MD 20588-0009*<br><br>*Kristi Noem*<br>*Secretary, USDHS - c/o Office of General Counsel, DHS*<br>*245 Murray Lane SW, Mail Stop 0485, Washington, DC 20528-0485*<br><br>*Defendants*<br><br>*Pamela Bondi, Attorney General*<br>*Attorney General of the U.S. / USDOJ*<br>*950 Pennsylvania Avenue, N.W., Washington DC 20530* | ☒ CM/ECF System<br>☐ Electronic Mail at:<br>☒ U.S. Mail<br>☐ Other: _____ |

By:/s/ Maria E. Quiroga

Maria E. Quiroga
Nevada State Attorney ID #13939
Quiroga Law Office, PLLC
7935 W Sahara Ave, Suite #103
Las Vegas, NV 89117
Tel: (702) 972-8348
Maria@QuirogaLawOffice.co