TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA MARIA GRANDA OROZCO,<br><br>Petitioner,<br><br>v.<br><br>CLYDE A. MOORE, *et al.*<br><br>Defendants. | Case No. 2:26-cv-00714-CDS-MDC<br><br>**Stipulation to Extend Federal Defendants' Deadline to File a Response to Plaintiff's Complaint (ECF No. 1)**<br><br>**(First Request)** |

Plaintiffs and Federal Defendants, by and through respective undersigned counsel, move this Court for an extension of time from July 27, 2026 up to and including **August 26, 2026**, for Federal Defendants to file a response to Plaintiff's Complaint (ECF No. 1). Plaintiff's counsel and Federal Defendants' counsel conferred on July 22, 2026, and Plaintiff's counsel agreed to extend Federal Defendants' response date to **August 26, 2026**.

This is Federal Defendants' first request for an extension of time to respond to Plaintiffs' Complaint and is not intended for delay.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Under Federal Rule of Civil Procedure 6(b), a court may, "for good cause," extend a deadline if a request is made "before the original time or its extension requires." Fed. R. Civ. P. 6(b)(1)(A); *see also* Local Rule IA 6-1(a). The Ninth Circuit has equated good cause

with the exercise of due diligence. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). Additionally, Fed. R. Civ. P. 6(b)(1) should "be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits," and "requests for extensions of time made before the applicable deadline has passed should normally be granted in the absence of bad faith or prejudice to the adverse party." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258–59 (9th Cir. 2010) (internal citations omitted). Courts also have inherent authority to manage their own dockets. *Hamilton Copper & Steel Corp. v. Primary Steel, Inc.*, 898 F.2d 1428, 1429 (9th Cir. 1990); *Olivia v. Sullivan*, 958 F.2d 272, 273 (9th Cir. 1992).

If this stipulation for an extension of time is granted, the new deadline will be **August 26, 2026.** Given Federal Defendants' diligence, and Plaintiffs' consent, good cause exists for the extension. The parties therefore request that the Court grant this stipulation.

Respectfully submitted this 27th day of July 2026.

QUIROGA LAW OFFICE, PLLC

*/s/ Maria E. Quiroga*
MARIA QUIROGA
Email: Maria@QuirogaLawOffice.com
*Attorney for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney
*Attorneys for Federal Defendants*

**IT IS SO ORDERED:**

______________________________
**U.S. DISTRICT / MAGISTRATE JUDGE**

**DATED:** 7-31-26